FILED17 DEC '19 13:54USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

Richard F. Weaver, JR
_____
(Enter full name of plaintiff)

Plaintiff,

Civil Case No. 3:19-CV-2046-SB
(to be assigned by Clerk's Office)

v.

ODOC Colette Peters / Michael Gower - ODOC
CAPT
TRCI; mrs L. Stering / superintendent -
Troy Bowser / CAPT K. Jackson / CPOR Enriquez /
TRCI counselor hillmick / Lt. Bauer /
                            mr
BHS mrs Peterson / BHS Powelson / CPO, Archer
EOCI; Lt. Carey / Sgt mr. Powell
superintendent mrs Brigitte Amsberry
_____
(Enter full name of ALL defendant(s))

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes    ☐ No

Defendant(s). ET. AL

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: Richard F. Weaver, JR  ODOC #8855258
Street Address: 82911 Beach Access Rd
City, State & Zip Code: Umatilla, OR 97882-9419
Telephone No.: 541-922-2001

Complaint for Violation of Civil Rights (Prisoner Complaint)                            1
[Rev. 01/2018]

**Defendant No. 1**   Name: _Colette Peters_
Street Address: _Dome building_
City, State & Zip Code: _Salem, OR_
Telephone No.: _____

**Defendant No. 2**   Name: _Michael Gower_
Street Address: _Dome Building_
City, State & Zip Code: _Salem, OR_
Telephone No.: _____

**Defendant No. 3**   Name: _Troy Bowser  TRCI_
Street Address: _82911 Beach Access Rd_
City, State & Zip Code: _Umatilla, OR 97882_
Telephone No.: _541-922-2001_

**Defendant No. 4**   Name: _TRCI  Capt mrs L. Steeling_
Street Address: _82911 Beach Access Rd_
City, State & Zip Code: _Umatilla, OR 97882_
Telephone No.: _____

_See Attached Additional Defendants_

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim) ?

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)   2
[Rev. 01/2018]

1. Defendants
2. TRCI: mr CAPT K. JACKSON
3. TRCI: mr CAPT ENRIQUEZ
4. TRCI mr Lt. BAUER
5. 
6. TRCI counsler mr. hillmiak
7. TRCI BHS counselr mrs peterson
8. TRCI mr. CAPT ARCHER
9. TRCI BHS powelson
10. EOCI 2500 westgate
11. Pendleton, OR
12. MR. Lt. Carey
13. 
14. Stm mr. Powell
15. Super. mrs Brigtte Amsberry
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 

Page ___ of ___

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

8th Amendment - Cruel & Unusual punishment / Retaliation / Fail to protect,

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

*All in their individual & official capacity * All acting under the color of Law* Every Defendant has & was Directly in knowledge of my status as a ex R.S.S. gang member - who was assaulted by IPO in 245. All staff were directly in knowledge of me being placed in OSU/IMU/Longterm and then placed in AHU for my protection - on 12/20/17 I was transferred to EGCI (by + RCF) "active" IPO yard and was immediately assaulted - w/ injury to face & elbow - This was cruel & unusual. Retaliatory for filing grievances & lawsuits and all are responsible for failing to or not providing documentation in CDOC computer of my ORCP out status and not upon ne - though every staff involved was notified of by me, in letters, and my mother - as well as my grievances - They are 100% liable for my safety & assault - I have all, numerous factual paper evidence

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)      4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

— I want 1.2 million dollars in punitive and compensatory damages, for all defendants in their official and individual capacity.

— Immediate ODOC overhaul in computer file documentation to include All STM/STG issues not just individual.

— Immediate removal of All gang drop outs in Active prisons - to be housed in one prison All by temselves to prevent Assaults by active gang member - preferably OSCI

— To have All involved fired

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of __November__, 20_19_.

_(Signature of Plaintiff)_

Complaint for Violation of Civil Rights (Prisoner Complaint)    5
[Rev. 01/2018]